**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

ISSAC KING, JR.,                     )
)
      Plaintiff,              )
)
     v.                       )     **CIVIL ACTION NO. 5:15-CV-298 (MTT)**
)
KIMBERLY BECKHAM, *et al.*,     )
)
      Defendants.       )
)

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 5).  The Magistrate Judge recommends denying the Plaintiff's motion to proceed *in forma pauperis* (Doc. 4) and dismissing the Plaintiff's complaint without prejudice (Doc. 1).  The clerk mailed the Recommendation to the Plaintiff, but it has been returned as undeliverable.  As a result of the Plaintiff's failure to update his address with the Court, he has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court.  The Plaintiff's motion to proceed *in forma pauperis* is **DENIED** (Doc. 4), and his complaint is **DISMISSED without prejudice** (Doc. 1).

**SO ORDERED**, this 8th day of February, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT